**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00479-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      JOHNIE WAYNE ROTH,

      Defendant.

_____

**ORDER DIRECTING COMPETENCY EVALUATION**
_____

A hearing in this matter was held on the 4th day of April, 2016.  The Government

appeared by Assistant United States Attorney Jason St. Julien.  The Defendant appeared in

person and by counsel, Assistant Federal Public Defender Timothy O'Hara.

Upon consideration of the defense and Government counsels' statements and upon the

Court's observation of Defendant and understanding of the pertinent facts in this matter as

established by testimony, the Court finds:

(1)     Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the

Defendant may presently be suffering from a mental disease or defect rendering him mentally

incompetent to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist properly in his defense.

(2)     Pursuant to 18 U.S.C. § 4241(b), the Court orders that a psychiatric or

psychological examination of the Defendant be conducted, and that a psychiatric or

psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4248(b) and (c).

(3)     The Court designates Karen V. Fukutaki, M.D., to perform the examination and file the report.  The Court orders that the examination be conducted on an out-of-custody basis, and directs Defendant to contact Dr. Fukutaki at (303) 667-3249, within three (3) days of the date of this Order, to arrange for said examination.  The report shall be filed by providing the Court with a copy using Secure Portal.

(4)     The examination provided for herein shall be completed within thirty (30) days of the date of the first meeting between Dr. Fukutaki and the Defendant, except that Dr. Fukutaki may apply for a reasonable extension of time, not to exceed fifteen (15) days upon a showing of good cause that the additional time is necessary for the examination.

(5)     Not later than 45 days from the date of the Defendant's first meeting with Dr. Fukutaki, she shall notify the Court of the Defendant's mental status and prognosis anticipated in accordance with the provisions of 18 U.S.C. § 4241(d).  Upon receipt of the report, the Court will cause the same to be filed as Restricted Level 1.

(6)     In addition to the matters specified in 18 U.S.C. § 4247(c), the report shall include Dr. Fukutaki's findings and opinions as to whether Defendant is competent to waive — in a knowing, voluntary, and intelligent manner —  his right to trial and, instead, plead guilty in this matter.

(7)     A competency hearing will be set upon receipt of Dr. Fukutaki's report.

(8)     Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's competency to proceed is excluded from the

calculation of the time within which trial must commence until such time as the Defendant is

declared competent to proceed.

DATED this 4th day of April, 2016.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge